AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

FILED

2015 AUG 24 PM 2:46

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE MIGUEL SOSA | ) | Case No. 6:15-mj-1458 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 23, 2014 to April 23, 2015 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1029(a)(1) | Knowingly and with intent to defraud using a counterfeit access device, to wit, counterfeit credit cards, said activity affecting interstate or foreign commerce. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Dana Chmiel, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: August 24, 2015

City and state: Orlando, FL

DAVID A. BAKER, U.S. Magistrate Judge

*Printed name and title*

**STATE OF FLORIDA** **6:15-mj-1458**

**COUNTY OF ORANGE**

**AFFIDAVIT**

I, Dana L. Chmiel, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since 2001. I am currently assigned to the Orlando Field Office. Among my duties as a SA, I am charged with the investigation of financial crimes, including check fraud, identity fraud, credit card fraud, bank and wire fraud, and the manufacturing, possession and passing of counterfeit United States currency. The following information is known to me personally or was reported to me by witnesses with personal knowledge of the criminal acts.

2. Information obtained as a result of the investigative efforts of each agency is being shared with agents from the other agencies and incorporated into this affidavit. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from law enforcement officers, review of documents, communications with others who have personal knowledge of the events and circumstances described herein (including participants) and information gained through my training and experience and the training and experience of others. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of the investigation. Rather, it

only includes the information necessary to establish probable cause that **JOSE MIGUEL SOSA** (hereafter referred to as **SOSA**), violated Title 18, United States Code, Section 1029(a)(1), by knowingly and with intent to defraud using a counterfeit access device, to wit, counterfeit credit cards, said activity affecting interstate or foreign commerce.

## DETAILS OF INVESTIGATION

3. On April 27, 2015, Detective Charles Moore, with the Orlando Police Department (OPD), contacted me regarding an investigation he was conducting involving the use of compromised credit cards for the purchase and the resale of fuel by a group of identified persons.

4. Detective Moore initiated this investigation in July 2014 after receiving a report from B.F., a resident of the Orlando area. B.F. reported that he previously traveled through the Orlando International Airport, and after returning home, he discovered approximately 62 unauthorized transactions on his personal credit card. Furthermore, these unauthorized transactions were made at numerous Wawa and RaceTrac gas stations in the Orlando area for the purchase of diesel fuel.

5. Detective Moore and other OPD officers conducted surveillance on Wawa and RaceTrac gas stations in the Orlando area between July 23, 2014 and April 23, 2015, to identify subjects using counterfeit credit cards to purchase fuel.

6. On July 23, 2014, Detective Moore and other OPD officers observed a maroon Ford truck fueling at a Wawa gas station, which was located at 4700 South Goldenrod Road, Orlando, FL 32822. Detective Moore observed a Hispanic male, later identified as **SOSA**, placing the fueling hose from the pump into the bed of the truck. **SOSA** appeared to be pumping diesel fuel into a hidden fuel cell/bladder that was located underneath the partially lifted fiberglass truck bed cover.

7. When **SOSA** departed the Wawa gas station, OPD officers met with the store manager, T.A., who provided a receipt for the transaction. The receipt showed that **SOSA** used a Visa credit card ending in 0493 to buy $125 in diesel fuel. Detective Moore also subsequently recovered the surveillance video.

8. Detective Moore subsequently contacted A.H., a Financial Crimes Investigator with Wells Fargo Bank. A.H. confirmed that VISA credit card ending in 0493 was not issued to **SOSA** and was in fact compromised. A.H. stated the total amount of loss to the Wells Fargo for the unauthorized purchases on this account was $125.

9. On the same day, Detective Moore and officers from OPD watched **SOSA** travel to a RaceTrac gas station, which is located at 5405 South Semoran Boulevard, Orlando, Florida, 32822. Again, OPD officers observed **SOSA** pumping diesel fuel into a hidden fuel cell/bladder underneath the partially lifted fiberglass truck bed of the red Ford F150 truck.

10. When **SOSA** departed the RaceTrac gas station, Detective Moore recovered the receipt for the transaction, which showed that **SOSA** used a Visa credit card ending in 1143 to purchase $35.07 of diesel fuel.

11. Detective Moore subsequently contacted T.T., Asset Protection Manager for RaceTrac Petroleum Incorporated, and recovered the surveillance video. T.T. provided documents showing that **SOSA** made an additional charge on the Visa credit card ending in 1143 for $75 at the same RaceTrac gas station.

12. Detective Moore subsequently contacted A.H. again, and A.H. confirmed the VISA credit card ending in 1143 was not issued to **SOSA** and was in fact compromised. A.H. stated that the total amount of loss to the Wells Fargo for the unauthorized purchases on this account was $110.07.

13. Continuing on July 23, 2014, Detective Moore and officers from OPD watched **SOSA** travel to a tractor trailer parking/industrial lot area located at 7525 Narcossee Road, Orlando, Florida, 32827. This lot had a white banner sign with black letters attached to the front fence which read, "Valenzuela Tire Services, Inc."

14. OPD officers observed **SOSA** in the lot remove a hose from the bed of the maroon Ford truck and begin fueling a total of three different semi-trucks. These semi-trucks included: (1) a white 1996 Mack Tractor Truck, with the number 07 on the hood, bearing Florida tag 1864BG, (2) a white 1998 Volvo Tractor Truck, with the number 06 on the front fenders, bearing Florida tag 1961BG, and (3) a white, 2000 International Tractor Truck, bearing tag 1166BK.

Each of the semi-trucks bared the name "J&P Trucking Services Inc., Winter Park, FL" in red letters on the doors.

15. A later search of "J&P Trucking Services Inc." through Sunbiz.org revealed that **SOSA** was the president of the company.

16. In addition, a later search of "Valenzuela Tire Services, Inc." through Sunbiz.org revealed that V.F. was the president and registered owner of the company.

17. Continuing on July 23, 2014, after **SOSA** finished fueling the semi-trucks in the lot, OPD officers followed **SOSA** to his residence in Winter Park, Florida.

18. **SOSA's** fraudulent use of counterfeit credit cards continued. On August 05, 2014, OPD officers observed **SOSA** at a Wawa gas station, located at 11750 University Boulevard, Orlando, Florida 32817. OPD officers watched **SOSA** pump diesel fuel into the bed of a red Ford F150 truck. OPD officers later determined that this truck was registered to **SOSA**.

19. Detective Moore subsequently recovered the receipt for the transaction, and it showed that **SOSA** used a Discover credit card ending in 4792 to purchase diesel fuel at the Wawa gas station.

20. OPD detectives subsequently contacted E.W., a Security Support Analyst for Discover Card. E.W. confirmed that the Discover credit card ending in 4792 was not issued to **SOSA** and was in fact compromised. E.W. stated the

total amount of loss to Discover Card for the unauthorized purchases on this account was $643.72.

21. Continuing on August 05, 2014, after fueling his truck, OPD officers watched **SOSA** travel to Valenzuela Tire Services, Inc., located at 7525 Narcossee Road, Orlando, Florida, 32827. There, Detective Moore observed **SOSA** transferring fuel from the bed of his red Ford F150 truck into a yellow, frontend loader with the numbers 345-B. OPD Officers later determined that this frontend loader was owned and operated by V.F.

22. On January 14, 2015, OPD officers conducted surveillance of **SOSA's** residence in Winter Park, Florida. OPD Officers observed **SOSA** leave his residence in his red Ford F150 truck. OPD officers watched **SOSA** travel to two different gas stations in the Orlando area and observed **SOSA** purchase diesel fuel. After **SOSA** left each gas station, OPD officers recovered the receipts for the transactions. The receipts showed that **SOSA** used a VISA credit card ending in 0131 to purchase $125 at a Wawa gas station and $99 at a RaceTrac gas station.

23. Detective Moore subsequently contacted J.G., a Fraud Investigator for Capital One Bank, and confirmed that VISA credit card ending in 0131 had been closed due to 62 fraudulent charges made between December 07, 2014 and January 18, 2015. The total amount of loss to Capital One Bank for the unauthorized purchases to VISA credit card ending in 0131 was $3,957.37.

24. Continuing on January 14, 2015, OPD officers followed **SOSA** to Valenzuela Tire Services, Inc. OPD Officers watched **SOSA** fueling a 2006 Silver Freightliner with a red visor over the windshield bearing Florida tag 992QEI.

25. On April 23, 2015, OPD officers conducted surveillance of **SOSA's** residence in Winter Park, Florida. OPD Officers observed **SOSA** leave his residence in his red Ford F150 truck and surveilled **SOSA** to the Wawa gas station located at 7305 Curry Ford Road, Orlando, Florida. There, OPD officers observed **SOSA** make two separate diesel fuel purchases totaling $141.27, utilizing MasterCard ending in 8163.

26. Detective Moore subsequently contacted P.V., Senior Claims Analyst for Bank of America, and confirmed that MasterCard credit card ending in 8163 had been compromised and was not issued to **SOSA**. P.V. informed Detective Moore that MasterCard credit card ending in 8163 had 88 fraudulent charges for a total amount of loss to Bank of America of $6,185.

27. Between July 23, 2014 and April 23, 2015, Detective Moore and officers from OPD observed **SOSA** use at least 15 counterfeit credit cards. Based on the fraudulent purchases using counterfeit credit cards, the total loss associated with **SOSA** is believed to be approximately $16,662.36.

28. Based upon my training and experience, I know that credit card companies, such as Visa and Discover, conduct business in interstate and foreign commerce.

## Conclusion

29. Based on the foregoing facts, your affiant believes there is probable cause to believe that **JOSE MIGUEL SOSA**, violated Title 18, United States Code, Section 1029(a)(1), by knowingly and with intent to defraud using a counterfeit access device, to wit, counterfeit credit cards, said activity affecting interstate or foreign commerce. Therefore, your affiant respectfully requests an issuance of a criminal complaint for **JOSE MIGUEL SOSA**.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DANA L. CHMIEL, SPECIAL AGENT
United States Secret Service

Sworn and subscribed before me
this 24 day of August, 2015

THE HONORABLE DAVID A. BAKER
United States Magistrate Judge