AO 468 (1/09) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:15-mj-1458

JOSE MIGUEL SOSA

---

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

August 26, 2015
*Date*

x [signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

201 S Orange Ave
*Address of defendant's attorney*

stephen_langs@fd.org
*E-mail address of defendant's attorney*

(407) 648-6338
*Telephone number of defendant's attorney*

(407) 648-6765
*FAX number of defendant's attorney*