FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

2015 AUG 26 PM 2:56

US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

UN-SEALED

United States of America
v.
JOSE MIGUEL SOSA

Defendant

Case No. 6:15-mj-1458

RECEIVED U.S. MARSHAL 2015 AUG 25 AM 8:27 MIDDLE FLORIDA ORLANDO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSE MIGUEL SOSA,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Knowingly and with intent to defraud using a counterfeit access device, to wit, counterfeit credit cards, said activity affecting interstate or foreign commerce, in violation of 18 U.S.C. § 1029(a)(1)

Date: 8/24/2015

*Issuing officer's signature*

City and state: Orlando, Fl

DAVID A. BAKER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/25/15, and the person was arrested on *(date)* 8/26/15
at *(city and state)*.

Date: 8/26/15

*Arresting officer's signature*

EDWARD J. HUGHES, SSA
*Printed name and title*