**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Sara Boswell
Orlando Division Manager

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:15-mj-1458**

**JOSE MIGUEL SOSA**

---

## NOTICE OF SURRENDERED U.S. PASSPORT

To: U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on August 26, 2015 in the above styled case, the Defendant's passport, **Number 307274847** was surrendered to the custody of the Clerk of Court on August 27, 2015. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | February 13, 1968 |
| Defendant's place of birth: | Cuba |
| Passport received from: | Jose Miguel Sosa |
| Passport issued to: | Jose Miguel Sosa |
| Date of issuance: | March 27, 2006 |

SHERYL L. LOESCH, CLERK

By *Celeste Herdeman*
Celeste Herdeman, Deputy Clerk

August 27, 2015

Original to Case File
c: Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator