**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 6:15-mj-1458**

**JOSE MIGUEL SOSA,**

**Defendant.**
___________________________________ /

**NOTICE OF APPEARANCE AND**
**SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Jose Miguel Sosa, in the above-styled cause.

The Clerk is requested to remove Stephen J. Langs, Assistant Federal Defender, as the notice counsel, and enter the appearance of Maria Guzman, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 31st day of August, 2015.

Donna L. Elm
Federal Defender

s/ *Maria Guzman*
Maria Guzman
Assistant Federal Defender
Florida Bar No. 053325
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: maria_guzman@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to James Mandolfo, Assistant U.S. Attorney, this 31st day of August, 2015.

*s/ Maria Guzman*
Attorney for Defendant