UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, CASE NUMBER: 6:15-mj-1458

Plaintiff,

v.

JOSE MIGUEL SOSA,
Defendant.
_______________________________/

## NOTICE OF APPEARANCE AS COUNSEL

**COMES NOW,** Jaya Balani, Esquire, of **NeJame Law, P.A.**, and files this his *Notice of Appearance as Counsel* on behalf of Defendant, JOSE MIGUEL SOSA, in the above-styled cause of action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of September, 2015, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Assistant United States Attorney, 400 W. Washington Street, Ste. 3100, Orlando, Florida 32801.

**NeJame Law**
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Office (407) 245-1232
Facsimile (407) 802-1437
Primary Email: Jaya@nejamelaw.com
Secondary Email: angela@nejamelaw.com
Attorneys for Defendant

/s/ *Jaya Balani*
Jaya Balani, Esquire
Florida Bar Number: 58174