UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:15-mj-1458

JOSE MIGUEL SOSA

**RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE PERTAINING TO TRAVEL**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby responds to the Defendant's Motion for Modification of Release Pertaining to Travel. The government does not object to the relief sought by the defendant as long as the purpose of the travel is related to work and he complies with Paragraphs Six and Seven of the Defendant's Motion.

Accordingly, the government does not object to the Defendant's request to travel and modify conditions of his release.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ James D. Mandolfo*
James D. Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: James.Mandolfo@usdoj.gov

**U.S. v. JOSE MIGUEL SOSA** **Case No. 6:15-mj-1458**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jaya Balani, Esquire (counsel for Defendant)

*s/ James D. Mandolfo*
James D. Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: James.Mandolfo@usdoj.gov