# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:15-mj-1458**

**JOSE MIGUEL SOSA**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **Motion to Modify Conditions of Release (Doc. No. 18)** |
| **FILED:** | **September 2, 2015** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The defendant is permitted to travel within the continental United States for work purposes. The defendant is required to provide a complete travel schedule to Pretrial Services and his attorney along with a telephone number that will allow the defendant to be reached during his travel.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2015.

David A. Baker

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Pretrial Services Office
Counsel for Defendant