FILED

2015 SEP 23 PM 4: 10

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JOSE MIGUEL SOSA

CASE NO. 6:15-cr-207-Orl-18DAB
18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 982(a)(2)(B) - Forfeiture
18 U.S.C. § 1029(c)(1)(C) - Forfeiture

# INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At times material to this Indictment:

1. Discover was, among other things, a credit card company the activities of which affected interstate and foreign commerce.

2. VISA was, among other things, a credit card company the activities of which affected interstate and foreign commerce.

3. MasterCard was, among other things, a credit card company the activities of which affected interstate and foreign commerce.

## COUNT ONE

4. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count One of this Indictment.

5. On or about July 23, 2014, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with VISA account number ending in 0493, at Wawa, 4700 S. Goldenrod Road, Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT TWO**

6. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count Two of this Indictment.

7. On or about July 23, 2014, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with VISA account number ending in 1143, at RaceTrac, 5405 S. Semoran Blvd., Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT THREE**

8. The allegations contained in paragraph one of the Indictment are repeated and realleged as if fully set forth herein for Count Three of this Indictment.

9. On or about August 5, 2014, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with Discover account number ending in 4792, at Wawa, 11750 University Blvd., Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT FOUR**

10. The allegations contained in paragraph one of the Indictment are repeated and realleged as if fully set forth herein for Count Four of this Indictment.

11. On or about August 5, 2014, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with Discover account number ending in 4792, at

Wawa, 6500 S. Semoran Blvd., Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT FIVE**

12. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count Five of this Indictment.

13. On or about August 29, 2014, in Seminole County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with VISA account number ending in 9402, at Wawa, 23 Seminola Blvd., Casselberry, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT SIX**

14. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count Six of this Indictment.

15. On or about August 29, 2014, in Seminole County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with VISA account number ending in 9402, at Home Depot, 3455 U.S. Highway 17-92, Casselberry, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT SEVEN**

16. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count Seven of this Indictment.

17. On or about January 14, 2015, in Seminole County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with VISA account number ending in 0131, at Wawa, 3000 Alafaya Trail, Oviedo, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

## COUNT EIGHT

18. The allegations contained in paragraph two of the Indictment are repeated and realleged as if fully set forth herein for Count Eight of this Indictment.

19. On or about January 14, 2015, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with a VISA account number ending in 0131, at RaceTrac, 11801 University Blvd., Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

## COUNT NINE

20. The allegations contained in paragraph three of the Indictment are repeated and realleged as if fully set forth herein for Count Nine of this Indictment.

21. On or about April 23, 2015, in Orange County, Florida, in the Middle District of Florida,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use a counterfeit access device, as defined in Title 18, United States Code, Section 1029(e)(2), to wit, a counterfeit credit card with a MasterCard account number ending in 8163, at

7-Eleven, 1100 McCoy Road, Orlando, Florida, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1) and (c)(1)(A)(i).

**COUNT TEN**

22. The allegations contained in paragraph one through three of this Indictment are repeated and realleged as if fully set forth herein for Count Ten of this Indictment.

23. From on or about July 23, 2014, to on or about April 23, 2015, in Orange and Seminole Counties, Florida, in the Middle District of Florida, and elsewhere,

**JOSE MIGUEL SOSA**

the defendant herein, did knowingly and with the intent to defraud use more than one unauthorized access device, as defined in Title 18, United States Code, Sections 1029(e)(1) and 1029(e)(3), to wit, cards and credit card account numbers, and by such conduct, from on or about July 23, 2014 to April 23, 2015, obtained fuel and other items, which had an aggregate value greater than $1,000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

## FORFEITURES

1. The allegations contained in Counts One through Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of the violations alleged in Counts One through Ten of this Indictment, the defendant, **JOSE MIGUEL SOSA**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), and any personal property used or intended to be used to commit the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By: James D. Mandolfo
Assistant United States Attorney

By: Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSE MIGUEL SOSA

**INDICTMENT**

Violations:

18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(a)(2)

A true bill,

______________________________
Foreperson

Filed in open court this 23rd day of September, 2015.

Kim Anderson
______________________________
Clerk

Bail $____________

GPO 863 525