UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:15-cr-207-Orl-18DAB

JOSE MIGUEL SOSA

**NOTICE OF APPEARANCE**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ James D. Mandolfo*
James D. Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: James.Mandolfo@usdoj.gov

**U.S. v. JOSE MIGUEL SOSA** **Case No. 6:15-cr-207-Orl-18DAB**

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jaya Balani, Esquire (counsel for Defendant)

*s/ James D. Mandolfo*
James D. Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: James.Mandolfo@usdoj.gov