UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:15-cr-207-Orl-18DAB**

**JOSE MIGUEL SOSA**

AUSA: Carlos Perez
Defense Attorney: Jaya Balani

| | | | |
|---|---|---|---|
| JUDGE: | **THOMAS B. SMITH** United States Magistrate Judge | DATE AND TIME: | **September 30, 2015** 9:57 A.M.- 10:03 A.M. Total Time: 06 minutes |
| DEPUTY CLERK: | Trish LeGros | RECORDING: | Digital |
| INTERPRETER: | N/A | | |

## CLERK'S MINUTES
## ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Defendant does not need an interpreter.
Defendant placed under oath.
Court summarizes the counts in the indictment and advises defendant of his rights.
Government advises of the potential penalties.
Defendant waives formal publication of indictment and enters a plea of not guilty.
Court sets trial term of 12/1/15 before Judge Sharp; Criminal Scheduling Order to enter.

Court adjourned.