# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## CLERK'S MINUTES

**Case Number: 6:15-cr-214-Orl-18KRS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government's Counsel:** **James Mandolfo, AUSA**

**v.**

**JOSE MIGUEL SOSA**

**Defendant.**

**Defense Counsel:** **David Haas, Esq.**

| | | | |
|---|---|---|---|
| Judge: | **G. Kendall Sharp** | Court Reporter | Sandy Tremel |
| Deputy Clerk: | C. Herdeman | Interpreter: | None |
| Date: | November 18, 2015 | Time: | 9:08 A.M. – 9:14 A.M.<br>Total time – 0/6 |

## Change of Plea

Case called; appearances taken, Defendant placed under oath.
The Court inquired with the Defendant.
The Court informs the Defendant of the charges and the possible penalties.
Defendant informed of rights she would give up by entering a guilty plea.
The Court inquires with the defendant as to the facts of the case.
The Defendant responds.
The Court inquires with Counsel as to any additional information.
The Court stated the facts in the Plea Agreement will become part of the record.
The Court accepted guilty plea as to Count One of the Indictment
The Court Ordered PSR, **sentencing is scheduled for February 17, 201 at 9:00 AM.**
Court adjourned.