**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES

**Case Number: 6:15-cr-207-Orl-18DAB**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**JOSE MIGUEL SOSA**

**Defendant.**

**Government's Counsel:** **James Mandolfo, AUSA**

**Defense Counsel:** **David Haas, Esq.**

| | | | |
|---|---|---|---|
| Judge: | **G. Kendall Sharp** | Court Reporter | Amie First |
| Deputy Clerk: | C. Herdeman | Interpreter: | None |
| Date: | February 17, 2016 | Time: | 9:08 A.M. – 9:17 A.M.<br>Total Time 0/09 |

**SENTENCING**

Case called; appearances taken, Defendant placed under oath.
The Court addressed the PSR with the defendant.
The Defendant and his Attorney Respond.
Government responds.
The Court adopts the presentence report.

**SENTENCING**
**Imprisonment** – 6 Months.
**Supervised Release** – 2 years
**Restitution** - $1,903.02
**Payment Schedule** - $100.00 upon release from imprisonment.
**Special Assessment** - $100.00
Defendant is informed of right to appeal.
Remanded to the custody of the U.S. Marshal.