UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:15-cr-207-Orl-18DAB

JOSE MIGUEL SOSA

## ORDER

This cause comes for consideration on the Court's own initiative. Provided that Defendant Jose Miguel Sosa has fully paid his special assessment and restitution, the Court hereby **REDUCES** Sosa's sentence to **time served followed by one (1) year of supervised release.** Pursuant to this Order, Sosa is to be released from the Bureau of Prisons immediately.

**DONE AND ORDERED** at Orlando, Florida, this 19th day of February, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record