UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:15-cr-207-Orl-18DAB**

**JOSE MIGUEL SOSA**

---

**ORDER**

This cause comes for consideration on the Court's own initiative. On February 17, 2016, Defendant Jose Miguel Sosa appeared before the Court having pled guilty to one count of knowingly using a counterfeit access device in violation of 18 U.S.C. § 1029(a)(1). Upon hearing and considering arguments from Sosa's counsel and counsel for the United States of America, the Court sentenced Sosa to six (6) months in the Bureau of Prisons, two (2) years supervised release, restitution in the amount of $1,903.02, and a special assessment of $100.00.

Provided that Sosa has fully paid his special assessment and restitution, the Court hereby **REDUCES** Sosa's sentence to **time served followed by one (1) year of supervised release.** Pursuant to this Order, Sosa is to be released from the Bureau of Prisons immediately.

**DONE AND ORDERED** at Orlando, Florida, this 19th day of February, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record