**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 6:15-CR-207-ORL-18DAB**

**JOSE MIGUEL SOSA.**
**___________________________________** /

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, JOSE MIGUEL SOSA, in the above-styled cause.

The Clerk is requested to enter the appearance of Aliza Hochman Bloom, Research and Writing Attorney, as counsel for the Defendant for appellate purposes only.

DATED this 11th day of May, 2016.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

***/s/ Aliza Hochman Bloom***

Aliza Hochman Bloom
Research and Writing Attorney
Florida Bar No. 101481
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Aliza_Bloom@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2016, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Cherie Krigsman, AUSA

James Mandolfo, AUSA

***/s/ Aliza Hochman Bloom***

Aliza Hochman Bloom
Research and Writing Attorney