# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 15, 2016

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 16-11243-GG
Case Style: USA v. Jose Sosa
District Court Docket No: 6:15-cr-00207-GKS-DAB-1

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 16-11243-GG

---

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

versus

JOSE MIGUEL SOSA,

Defendant - Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to Appellant USA's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 15, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Eleanor M. Dixon, GG, Deputy Clerk

FOR THE COURT - BY DIRECTION