UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 6:15-cr-207-ORL-18DAB |
| | ) | |
| JOSE MIGUEL SOSA | | |

**SATISFACTION OF JUDGMENT**

The special assessment and restitution imposed upon Defendant Jose Miguel Sosa by the criminal judgment filed herein on February 17, 2016, in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and restitution ordered in this case.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: s/*Kathy J.M. Peluso*_________
KATHY J.M. PELUSO
Assistant United States Attorney
USAO Number 053
Financial Litigation Unit/CLL
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6048
Facsimile: (813) 301-3103
E-mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Jose Miguel Sosa
Winter Park, FL 32792

s/Kathy J.M. Peluso__________
Assistant United States Attorney